IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ARGELIO PINA § | |
| § | |
| § | CIVIL ACTION NO. 7:15-cv-00221 |
| VS. § | |
| § | JURY DEMANDED |
| ALLSTATE TEXAS LLOYDS § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

    Respectfully submitted,

    BY:   /s/ *Rosemary Conrad-Sandoval*
    Rosemary Conrad-Sandoval
    Attorney-in-charge
    State Bar #04709300
    Federal ID #13738

    Of Counsel
    ROERIG, OLIVEIRA & FISHER, L.L.P.
    10225 North 10th Street
    McAllen, Texas   78504
    (956) 393-6300
    (956) 386-1625 (Fax)

    ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

Jose Luis Flores
LAW OFFICE OF JOSE LUIS FLORES
1111 W. Nolana
McAllen, Texas 78504

on this 22nd day of March, 2016.

      /s/ *Rosemary Conrad-Sandoval*
      ROSEMARY CONRAD-SANDOVAL