## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **ARGELIO PINA** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 7:15-cv-00221** |
| **VS.** | § | |
| | § | **JURY DEMANDED** |
| **ALLSTATE TEXAS LLOYDS** | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Argelio Pina and Defendant, Allstate Texas Lloyds, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On April 2, 2015, Plaintiff, Argelio Pina sued Defendant.

2. Plaintiff, Argelio Pina, moves to dismiss his suit.

3. Defendant agrees to the dismissal of Argelio Pina's claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Argelio Pina's case.

7. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

/S/ _Jose Luis Flores_
Jose Luis Flores
Attorney in Charge
Fed I.D. No.:
State Bar No.: 00786401
1111 W. Nolana Ave.
McAllen, Texas 78504
(956) 682-0924
(956) 682-3838

Of Counsel:

LAW OFFICE OF JOSE LUIS FLORES
1111 W. Nolana Ave.
McAllen, Texas 78504
(956) 682-0924
(956) 682-3838


/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney in Charge
Fed. I.D. No. 13738
State Bar No. 04709300
10225 N. 10th St.
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 (Fax)

Of Counsel:

R. Jordan Riley
Fed. ID No. 2515695
State Bar No. 24064424
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax